No. ——–——. RILEY *v.* DOW CORNING CORP. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of the Court for consideration with the motion to direct the Clerk to file petition for writ of certiorari out of time.

JUSTICE STEVENS, dissenting.

Because the Court consistently denies motions to direct the Clerk to file petitions for writs of certiorari out of time, I would take that action without reaching the merits of the motion to proceed *in forma pauperis.* Cf. *Brown* v. *Herald Co.,* 464 U. S. 928, 931 (1983) (STEVENS, J., dissenting).

No. ——–——. UNITED KEETOOWAH BAND *v.* OKLAHOMA TAX COMMISSION. Motion of petitioner to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. ——–——. DELK *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION;
No. ——–——. JOHNSON *v.* ILLINOIS; and
No. ——–——. JERMYN *v.* PENNSYLVANIA. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. ——–——. BABY BOY J. *v.* JOHNSON. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Motion for appointment of counsel denied. Motion for reimbursement of expenses denied.

No. A–128 (121, Orig.). LOUISIANA *v.* MISSISSIPPI ET AL. Application of Louisiana for stay of proceedings in the United States District Court for the Southern District of Mississippi, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. A–190. CASTRO ET AL. *v.* TOFOYA, JUDGE, ET AL. Sup. Ct. Ariz. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.